IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10710
Summary Calendar

_____


UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

TRACY L BROWN

        Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:92-CR-7-1-R
--------------------
May 28, 2002

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

    Court-appointed counsel for Tracy L. Brown has moved for
leave to withdraw and has filed a brief pursuant to Anders v.
California, 386 U.S. 738 (1967).  Brown has received a copy of
counsel's motion and brief, but he has not filed a pro se brief
of his own.  Our review of the brief filed by counsel and of the
record discloses no nonfrivolous issue for appeal.  Accordingly,
the motion for leave to withdraw is GRANTED, counsel is excused

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

from further responsibilities, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.